UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ST. PAUL FIRE AND MARINE INSURANCE COMPANY,**<br><br>                    Plaintiff,<br><br>       v.<br><br>**KINSALE INSURANCE COMPANY,**<br><br>                    Defendant.<br><hr>**TRC OPERATING COMPANY, INC., TRC CYPRESS GROUP, LLC,**<br><br>                    Real Parties in Interest. | Case No. 1:20-cv-00967 NONE JLT<br><br>**ORDER GRANTING STIPULATION TO CONSOLIDATE THE ACTIONS**<br>**(Doc. 11)** |
| **NEW YORK MARINE AND GENERAL INSURANCE COMPANY,**<br><br>                    Plaintiff,<br><br>       v.<br><br>**KINSALE INSURANCE COMPANY,**<br><br>                    Defendant.<br><hr>**TRC OPERATING COMPANY, INC., TRC CYPRESS GROUP, LLC,**<br><br>                    Real Parties in Interest. | Case No. 1:20-cv-01085 NONE JLT<br><br>**ORDER GRANTING STIPULATION TO CONSOLIDATE THE ACTIONS**<br>**(Doc. 17)** |

1  The parties have stipulated to the Court consolidating these actions for all purposes
2  including trial. Thus, the Court **GRANTS** the stipulations **ORDERS**:
3      1. The matters are consolidated for all purposes including trial;
4      2. The scheduling order issued in Case No. 1:20-cv-01085 NONE JLT, SHALL
5  control the consolidated action;
6      3. All filings in this consolidated action SHALL be filed in Case No.: 1:20-cv-00967
7  NONE JLT and Case No.: 1:20-cv-01085 NONE JLT SHALL, be closed.

IT IS SO ORDERED.

    Dated: **February 1, 2021**         **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE