# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KINSALE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No.: 1:20-cv-00967 NONE JLT<br><br>ORDER STAYING THE CASE<br>(Doc. 23) |

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS**:

1. The case is STAYED;

2. Within 120 days and every 60 days thereafter, the parties SHALL file a joint report detailing the status of the case and whether the stay should be lifted.

IT IS SO ORDERED.

　　Dated: __November 12, 2021__　　　　　_____ /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE