1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  James P. Wagoner, #58553
   Kevin D. Hansen, #119831
3  Brandon M. Fish, #203880
   7647 North Fresno Street
4  Fresno, California 93720
   Telephone:  (559) 433-1300
5  Facsimile:   (559) 433-2300

6  Attorneys for Plaintiff New York Marine
   and General Insurance Company

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>KINSALE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 1:20-cv-00967-JLT-BAK (BAM)<br><br>Consolidated With Case No. 1:20-cv-01085-NONE-JLT<br><br>**STIPULATION TO LIFT STAY FOR LIMITED PURPOSE OF OBTAINING A PROTECTIVE ORDER AND [PROPOSED] ORDER**<br><br>Hon. Jennifer L. Thurston<br><br>Complaint Filed: August 5, 2020<br>Trial Date:　　　None<br><br>[Concurrently Filed With Declaration of James P. Wagoner; [Proposed] Stipulated Protective Order] |
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KINSALE INSURANCE COMPANY, an Arkansas corporation,<br><br>　　　　Defendant. | |
| TRC OPERATING COMPANY, INC., a California corporation, TRC CYPRESS GROUP, LLC, a California Limited Liability Company,<br><br>　　　　Real Parties in Interest. | |

Pursuant to Eastern District of California Local Rule 143, Plaintiff St. Paul Fire and Marine Insurance Company ("St. Paul") in case no. 1:20-cv-00967-NONE-JLT, Plaintiff New York Marine and General Insurance Company ("New York Marine") in case no. 1:20-cv-01085-NONE-JLT, Defendant Kinsale Insurance Company ("Kinsale") in case nos. 1:20-cv-00967-NONE-JLT and 1:20-cv-01085-NONE-JLT, Real Parties in Interest TRC Operating Company, Inc. and TRC Cypress Group, LLC (collectively referred to as the "TRC Entities") in case no. 1:20-cv-01085-NONE-JLT, (St. Paul, New York Marine, Kinsale and the TRC Entities are collectively referred to as the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on July 10, 2020, St. Paul filed its Complaint against Kinsale in Case No. 1:20-cv-00967-NONE-JLT alleging causes of action for declaratory relief, equitable contribution, equitable indemnity, and equitable subrogation in connection with Kinsale's refusal to participate in the defense of the TRC Entities in *TRC v. Chevron*;

WHEREAS, on August 5, 2020, New York Marine filed a Complaint against Kinsale in Case No. 1:20-cv-01085-NONE-JLT alleging causes of action for declaratory relief, equitable indemnity, equitable contribution, and equitable subrogation in connection with Kinsale's refusal to participate in the defense of the TRC Entities in *TRC v. Chevron*;

WHEREAS, on November 6, 2020, the Court issued a Scheduling Order in Case No. 1:20-cv-01085-NONE-JLT, which, among other things, establishes the deadlines for discovery, non-dispositive motions, dispositive motions, and the final pre-trial conference in this case ("Scheduling Order");

WHEREAS, on February 2, 2021, the Court issued an Order granting the stipulation to consolidate cases numbered 1:20-cv-01085 NONE JLT and 1:20-cv-00967 NONE JLT (Dkt. No. 12), with the scheduling order issued in Case No. 1:20-cv-01085 NONE JLT controlling the consolidated action;

WHEREAS, on November 11, 2021, the Parties filed a Stipulation and [Proposed] Order Extending the Deadlines Set in the Scheduling Order in light of the Court's "Order of Clarification: No District Judge Available To Hear Matters" issued on October 28, 2021 and the fact that a new trial was ordered in the underlying action of *TRC Operating Co. v. Chevron*, Kern County Case No. S-1500-CV-282520-DRL ("*TRC v. Chevron*");

WHEREAS, based on the Parties' November 11, 2021 Stipulation, the Court stayed the consolidated action by order dated November 12, 2021 (Dkt. No. 24) (the "Stay");

WHEREAS, on November 17, 2021, counsel for the Parties had a conference call to discuss the possibility of conducting a mediation while the stay was in effect, the need to informally exchange information in order to make the mediation as meaningful as possible, and the consequent need for a protective order before exchanging some of that information which could not otherwise be exchanged.

WHEREAS, as a consequence of the discussion during the November 17th conference call, the Parties have agreed to informally exchange documents and information supporting their respective claims and defenses within a reasonable time before any such mediation, including certain documents or tangible evidence which might otherwise be "Confidential" had such documents or tangible evidence been produced in discovery, provided that the Court agrees to lift the Stay solely for the limited purpose of entry of a Stipulated Protective Order allowing for the exchange of such information in accordance with its terms; and

WHEREAS, the Parties have agreed that such a protective order is necessary before any information and documents are exchanged due to the nature of such information and documents and because *TRC v. Chevron* is still pending;

THEREFORE, based on the foregoing, the Parties hereby stipulate and agree, and respectfully request that the Court order the following;

1. The Stay ordered on November 12, 2021 be lifted only for the limited

purpose of allowing the Parties to submit their Stipulated Protective Order and for the Court to issue an appropriate Order thereon, after which the previously ordered Stay shall be automatically reinstated.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  January 26, 2022         McCLOSKEY, WARING, WAISMAN & DRURY LLP


By: /s/ Sonia S. Waisman (as approved 1/13/22)
Sonia S. Waisman
Attorneys for Plaintiff St. Paul Fire and Marine Insurance Company

Dated:  January 26, 2022         McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


By:
James P. Wagoner
Kevin D. Hansen
Brandon M. Fish
Attorneys for Plaintiff New York Marine and General Insurance Company

Dated:  January 26, 2022         NEMECEK & COLE

By: /s/Matthew J. Hafey (as approved 1/26/22)
Matthew J. Hafey
Attorneys for Defendant Kinsale Insurance Company

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

STIPULATION TO LIFT STAY FOR LIMITED PURPOSE OF OBTAINING A PROTECTIVE ORDER AND [PROPOSED] ORDER

1  Dated: January 26, 2022                                    PLEDGER LAW, PC

                                                    By: /s/Jean M. Pledger (as approved 1/13/22)
                                                            Jean M. Pledger
                                                    Attorneys for Real Parties in Interest TRC
                                                    Operating Company, Inc. and TRC Cypress
                                                                   Group, LLC

# ORDER

The Court, having reviewed the Stipulation and Supporting Declaration of James P. Wagoner, and good cause showing, HEREBY ORDERS as follows:

1. The stay ordered on November 12, 2021 is lifted for the limited purpose of allowing the Parties to file a Stipulated Protective Order and for the Court to rule thereon after which the previously ordered stay shall be automatically reinstated.

IT IS SO ORDERED.

Dated: **January 31, 2022**        /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE