UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>KINSALE INSURANCE COMPANY,<br><br>    Defendant.<br><br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>KINSALE INSURANCE COMPANY, an Arkansas corporation,<br><br>    Defendant.<br><br>TRC OPERATING COMPANY, INC., a California corporation, TRC CYPRESS GROUP, LLC, a California Limited Liability Company,<br><br>    Real Parties in Interest. | No. 1:20-cv-00967-JLT-BAK<br><br>**ORDER SETTING STATUS CONFERENCE** |

On April 22, 2022, Plaintiff St. Paul Fire and marine Insurance Company ("Plaintiff") filed a fourth ex parte application to extend time to file a joint status report. (Doc. 39.) Plaintiff informed the

1

Court of an issue with representation for Defendant Kinsale Insurance Company ("Defendant"). (*Id.*) In the Court's order to Plaintiff's third request for extension of time to file a joint status report the Court informed the parties that any further request would result in a status conference to discuss Defendant's representation.

Having considered the ex parte application, the court sets a STATUS CONFERENCE in this matter for **May 5, 2022, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The purpose of the conference will be to discuss Defendant's representation. Attendance is required for Counsel of record of all parties. Failure to appear at the conference may result in sanctions, including striking of any answer which has been filed. The parties shall appear at the conference with each party connecting remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **April 25, 2022**                    /s/ *Barbara A. McAuliffe*
                                                                 UNITED STATES MAGISTRATE JUDGE