UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>KINSALE INSURANCE COMPANY,<br><br>    Defendant.<br>_____<br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>KINSALE INSURANCE COMPANY, an Arkansas corporation,<br><br>    Defendant.<br>_____<br>TRC OPERATING COMPANY, INC., a California corporation, TRC CYPRESS GROUP, LLC, a California Limited Liability Company,<br><br>    Real Parties in Interest. | No. 1:20-cv-00967-JLT-BAK (BAM)<br><br>**ORDER SUBSTITUTING COUNSEL**<br><br>(Doc. 46) |

On May 5, 2022, Defendant Kinsale Insurance Company filed a stipulation for substitution of Robert J. Romero of Hinshaw & Culbertson LLP as counsel of record in place of Marshall R. Cole of

1

1  Nemecek & Cole.  (Doc. 43.)

2      On May 10, 2022, the Court issued an order, based on the record and the stipulation, substituting Robert J. Romero and Robert Pohls of Hinshaw & Culbertson LLP, as counsel of record for Defendant Kinsale Insurance Company in place of Marshall R. Cole of Nemecek & Cole, Bevin Berube, and Matthew Joseph Hafey of Nicolaides, Fink, Thorpe, Michaelides, Sullivan LLP.  (*See* Doc. 45.)

    On May 11, 2022, Defendant Kinsale Insurance Company submitted a stipulation to substitute Robert J. Romero and Robert Pohls of Hinshaw & Culbertson LLP, as counsel of record in place and stead of Nemecek & Cole.  (Doc. 46.)

    Having considered the stipulation, and to the extent not already reflected on the docket, Robert J. Romero and Robert Pohls of Hinshaw & Culbertson LLP, are substituted as counsel of record for Defendant Kinsale Insurance Company in place and stead of Nemecek & Cole.

IT IS SO ORDERED.

Dated:   **May 13, 2022**                    /s/ *Barbara A. McAuliffe*
                                                                          UNITED STATES MAGISTRATE JUDGE