1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **EASTERN DISTRICT OF CALIFORNIA**

8

9 ST. PAUL FIRE AND MARINE
   INSURANCE COMPANY,

10                   Plaintiff,

11        v.

12

13 KINSALE INSURANCE COMPANY,

14                   Defendant.

15 _____
   NEW YORK MARINE AND GENERAL
16 INSURANCE COMPANY, a Delaware
   corporation,

17                   Plaintiff,

18        v.

19

20 KINSALE INSURANCE COMPANY, an
   Arkansas corporation,

21                   Defendant.

22

23 _____
   TRC OPERATING COMPANY, INC., a
   California corporation, TRC CYPRESS
24 GROUP, LLC, a California Limited
   Liability Company,

25

26                   Real Parties in Interest.

27

28

**Prior Case No. 1:20-cv-00967-JLT-BAK (BAM)**

**New Case No. 1:20-cv-00967-JLT-BAK (EPG)**

**ORDER OF RECUSAL**

1    Pursuant to 28 U.S.C. Section 455, disqualification of the magistrate judge to whom this

2  case is temporarily referred is appropriate in this matter.

3    IT IS THEREFORE ORDERED that the undersigned recuses herself from all proceedings

4  in this present action.  The pending Status Conference currently set on June 8, 2022, before Judge

5  Barbara A. McAuliffe is HEREBY VACATED.

6    IT IS FURTHER ORDERED that the Clerk of the Court shall temporarily refer this action

7  to the docket of Magistrate Judge Erica P. Grosjean until such time as a new Bakersfield

8  magistrate judge is appointed.  The new case number shall include the temporary magistrate

9  judge's initials as follows:  **1:20-cv-00967-JLT-BAK (EPG).**  All future pleadings shall be so

10  numbered.  Failure to use the correct case number may delay receipt of documents by the

11  appropriate judicial officer.

12

13  IT IS SO ORDERED.

14    Dated:   **June 3, 2022**            /s/ *Barbara A. McAuliffe*       _

15                          UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28