# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST PAUL FIRE AND MARINE INSURANCE COMPANY, and NEW YORK MARINE AND GENERAL INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>KINSALE INSURANCE COMPANY,<br><br>Defendant.<br><br>TRC OPERATING COMPANY, INC., TRC CYPRESS GROUP, LLC.<br><br>Real Parties in Interest. | Case No. 1:20-cv-00967-JLT-CDB<br><br>**ORDER ON STIPULATION EXTENDING LIMITED DISCOVERY AND DISPOSITIVE MOTION BRIEFING SCHEDULE**<br><br>(Doc. 70) |

On March 10, 2023, the Court issued an order granting in part Plaintiffs' motions to lift stay. (Doc. 65). Thereafter, on March 27, 2023, the Court issued an Order setting a schedule to govern the parties' engagement in limited discovery and briefing of anticipated dispositive motions. (Doc. 67 "March 27 Order").

Before the Court is the parties' stipulated request to extend deadlines set in the March 27 Order. (Doc. 70). The parties represent that they have scheduled a private mediation to be held on August 28, 2023, which is within ten days of the September 7, 2023, deadline to file dispositive motions under the March 27 Order. *Id*.

The parties represent that the extension sought promotes limiting expenditures on

discovery and preparation for dispositive motions. The parties also represent that an extension would conserve the Court's judicial and financial resources.

The Court finds good cause to grant the parties' relatively modest request but reminds the parties must judiciously balance their time between conducting discovery while also preparing for their upcoming mediation.

Accordingly, IT IS HEREBY ORDERED, the previously entered scheduling order (Doc. 67), is amended as follows:

**Discovery Schedule**:

1. The deadline to complete depositions is extended from July 25, 2023, to **October 27, 2023**.
2. The deadline to file discovery related motions is extended from July 25, 2023, to **November 10, 2023**.

**Briefing Schedule**:

1. The deadline to meet and confer to discuss the topics set forth in Paragraph D(1) of the joint report is extended from August 8, 2023, to **November 10, 2023**.
2. The deadline to file a joint statement of undisputed material facts is extended from August 15, 2023, to **November 17, 2023**.
3. The deadline to file any dispositive motions is extended from September 7, 2023, to **December 8, 2023**.
4. Any opposition to a dispositive motion shall be filed within 21 days from the date that the dispositive motion was filed, and in no event later than **December 29, 2023**.
5. Any reply shall be filed within 14 days of the opposition filing, and in no event later than **January 12, 2024**.

IT IS SO ORDERED.

Dated:  **June 30, 2023**

UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28