UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST PAUL FIRE AND MARINE INSURANCE COMPANY, and NEW YORK MARINE AND GENERAL INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>KINSALE INSURANCE COMPANY,<br><br>Defendant.<br><br>TRC OPERATING COMPANY, INC., TRC CYPRESS GROUP, LLC.<br><br>Real Parties in Interest. | Case No. 1:20-cv-00967-JLT-CDB<br><br>**ORDER GRANTING APPLICATION OF ALEXANDER M. BAGGIO TO PRACTICE *PRO HAC VICE***<br><br>(Doc. 74) |

The Court has considered the application of Alexander M. Baggio, attorney for Defendant Kinsale Insurance Company for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). In light of the application and for good cause appearing, Alexander M. Baggio's application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **September 20, 2023**

_____
UNITED STATES MAGISTRATE JUDGE