1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          EASTERN DISTRICT OF CALIFORNIA

7

8    ST. PAUL FIRE AND MARINE              Case No. 1:20-cv-00967-JLT-CDB
     INSURANCE COMPANY, NEW YORK
9    MARINE AND GENERAL
     INSURANCE COMPANY,                    **ORDER ON SECOND STIPULATION**
10                                         **EXTENDING LIMITED DISCOVERY**
                    Plaintiffs,            **AND DISPOSITIVE MOTION BRIEFING**
11                                         **SCHEDULE**
           v.
12                                         (Doc. 78)
     KINSALE INSURANCE COMPANY,
13
                    Defendant.
14
     TRC OPERATING COMPANY, INC.,
15   TRC CYPRESS GROUP, LLC.,

16                  Real Parties in Interest.

17

18         This action was initiated with Plaintiffs' filing of a complaint on July 10, 2020.  (Doc. 1).

19         Following a lengthy stay in deference to a pending, related state court action (*see* Docs.

20   23, 24), on March 10, 2023, the court granted in part Plaintiffs' motions to lift the stay.  (Doc.

21   65).  In addition, the Court ordered the parties to file a joint report proposing a discovery and

22   briefing schedule on the limited questions as to whether and the extent to which Defendant owes

23   a duty to defend the Real Parties in Interest.  *Id*. at 7.

24         Following its receipt of the parties' joint report, on March 27, 2023, the Court issued a

25   scheduling order that governs the limited discovery and dispositive motions related to the duty to

26   defend issue.  (Docs. 66, 67).  On June 30, 2023, the Court granted the parties' request to extend

27   the operative case management dates to facilitate the parties' pursuit of a scheduled mediation.

28   (Docs. 70, 71).

1    Pending before the Court is the parties' second stipulated request to extend the operative

2  case management dates, including to facilitate continued discovery if necessary and to expand the

3  dispositive motion briefing schedule. (Doc. 78).  In short, the parties propose to suspend noticed

4  depositions and proceed directly to filing partial summary judgment motions relating solely to the

5  question of whether Kinsale has a duty to defend ("Phase 1").  (Doc. 78-1 p. 2).  Thereafter, if the

6  Court finds that such a duty does exist, the Court shall require the parties to file a joint report

7  proposing a discovery and briefing schedule for motions addressing the disputed allocation issues

8  as well as any motion filed by Defendant seeking to terminate its duty to defend ("Phase 2").  *Id.*

9    Although not expressly represented or acknowledged by the parties in their stipulation, it

10  appears their proposal is motivated by an interest to conserve resources – to wit, in the event the

11  Court finds Defendant has no duty to defend, the parties likely will have no need to engage in

12  further discovery (including, presumably, the noticed depositions the parties seek to suspend).

13    For good cause shown, the Court ORDERS that the operative case management dates be

14  extended as follows:

15  1.  The deadline to complete depositions and to file discovery-related motions is

16    VACATED.[1]

17  2.  The deadline to meet and confer to discuss the topics set forth in Paragraph D(1) of the

18    parties' joint report (Doc. 66 p. 3) is extended from November 10, 2023, to **December 8,**

19    **2023**.

20  3.  The deadline to file a joint statement of undisputed material facts is extended from

21    November 17, 2023, to **December 15, 2023**.

22  4.  The deadline to file the Phase 1 dispositive motions is extended from December 8, 2023,

23    to **January 8, 2024**.

24  5.  Any oppositions to the Phase 1 dispositive motions shall be filed within 21 days after the

---

[1] The parties' present request to vacate the deadline to complete depositions is untimely insofar as it was filed the day after the deadline expired. *Compare* (Doc. 71) to (Doc. 78).  In the event the parties seek to take depositions in connection with any Phase 2 motions, they are required to make a showing of good cause in a stipulated request or motion seeking such relief that shall address among other things the efforts they undertook to conduct depositions between March 27, 2023, and the October 27 deadline.

Phase 1 dispositive motion is filed, and in all events no later than **January 29, 2024**.

6.  Any reply brief shall be filed within 14 days after the filing of the opposition, and in all events no event later than **February 9, 2024**.

IT IS SO ORDERED.

Dated:   __October 31, 2023__          _____

UNITED STATES MAGISTRATE JUDGE