UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KINSALE INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:20-cv-00967-CDB<br><br>ORDER GRANTING SUBSTITUTION OF ATTORNEY<br><br>(Doc. 97) |

The Court has read and considered Plaintiff St. Paul Fire and Marine Insurance Company's request to substitute Nicholas J. Boos as counsel of record in place of attorneys Sonia S. Waisman and Heather L. McCloskey. (Doc. 97). In light of the request and for good cause appearing, the substitution of attorney is GRANTED.

IT IS SO ORDERED.

Dated:   **October 24, 2024**                                   _____

UNITED STATES MAGISTRATE JUDGE